GARIN LAW GROUP
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
lzastrow@garinlawgroup.com

*Attorneys for Defendants Clark County School District and Anthony Boone III*

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500 Facsimile: (702) 382-1512

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| K.T., a minor, by and through his Parent, GLORIA TERRAZAS,<br><br>Plaintiff,<br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; ANTHONY BOONE III, individually and in his capacity as campus security monitor; DOES I-X, inclusive.<br><br>Defendants. | CASE NO. 2:26-cv-02067-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff K.T., a minor by and through his Parent, GLORIA TERRAZAS, by and through his attorneys of record at ARIAS SANGUINETTI WANG & TEAM LLP, and Defendants, CLARK COUNTY SCHOOL DISTRICT and ANTHONY BOONE III (hereinafter "Defendants"), by and through their attorneys of record at GARIN LAW GROUP, hereby stipulate and agree as follows:

1. Defendants' current deadline to answer or otherwise respond to Plaintiff's Complaint is August 10, 2026.

2. This is the first request to extend Defendants' deadline to answer or otherwise respond to the Complaint.

3. Defense counsel recently experienced a medical emergency which required hospitalization. As a result of these unforeseen circumstances, counsel requires additional time to review and evaluate the allegations of the Complaint, confer with Defendants, and prepare the

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500 Facsimile: (702) 382-1512

appropriate response.

4. The parties therefore stipulate that Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint shall be extended by seven days, through and including August 17, 2026.

5. This request is made in good faith and not for purposes of delay, and the requested extension will not prejudice any party.

IT IS SO STIPULATED AND AGREED.

| | |
|---|---|
| DATED this 10th day of August, 2026.<br><br>ARIAS SANGUINETTI WANG & TEAM LLP<br><br>By: */s/ Christopher A.J. Swift*<br>Gregg A. Hubley, Esq.<br>Nevada Bar No. 7386<br>Christopher A.J. Swift, Esq.<br>Nevada Bar No. 11291<br>7251 W. Lake Mead Blvd., Suite 114<br>Las Vegas, Nevada 89128<br>Telephone: (702) 789-7529<br>Facsimile: (702) 909-7865<br>VEfile@aswtlawyers.com<br>Gregg@aswtlawyers.com<br>Christopher@aswtlawyers.com<br><br>*Attorneys for Plaintiff* | DATED this 10th day of August, 2026.<br><br>GARIN LAW GROUP<br><br>By: */s/ Kaleb D. Anderson* (NV Bar No. 7582) for<br>Lisa J. Zastrow, Esq.<br>Nevada Bar No. 9727<br>9900 Covington Cross Drive, Suite 210<br>Las Vegas, Nevada 89144<br>lzastrow@garinlawgroup.com<br><br>*Attorneys for Defendants Clark County School District and Anthony Boone III* |

IT IS SO ORDERED.

______________________________
United States Magistrate Judge

DATED: August 11, 2026