GARIN LAW GROUP
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
8330 W. Sahara Ave., Suite 190
Las Vegas, Nevada 89117
Phone: (702) 382-1500
Fax: (702) 382-1512
lzastrow@garinlawgroup.com

*Attorneys for Defendants Clark County School District and Anthony Boone III*

GARIN LAW GROUP
8330 W. Sahara Ave., Suite 190, Las Vegas, Nevada 89117
Telephone: (702) 382-1500 Facsimile: (702) 382-1512

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

K.T., a minor, by and through his Parent, GLORIA TERRAZAS,

Plaintiff,

vs.

CLARK COUNTY SCHOOL DISTRICT; ANTHONY BOONE III, individually and in his capacity as campus security monitor; DOES I-X, inclusive.

Defendants.

CASE NO. 2:26-cv-02067-JAD-NJK

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

**(FIRST REQUEST)**

Plaintiff K.T., a minor by and through his Parent, GLORIA TERRAZAS, by and through his attorneys of record at ARIAS SANGUINETTI WANG & TEAM LLP, and Defendants, CLARK COUNTY SCHOOL DISTRICT and ANTHONY BOONE III (hereinafter “Defendants”), by and through their attorneys of record at GARIN LAW GROUP, hereby stipulate and agree as follows:

1. Defendants’ current deadline to answer or otherwise respond to Plaintiffs’ Complaint is October 13, 2026.

2. This is the first request to extend Defendants’ deadline to answer or otherwise respond to Plaintiff's Complaint.

3. On September 28, 2026, the Court conducted a hearing on Defendants’ Motion to

GARIN LAW GROUP
8330 W. Sahara Ave., Suite 190, Las Vegas, Nevada 89117
Telephone: (702) 382-1500 Facsimile: (702) 382-1512

Dismiss and granted the motion in part and denied it in part. Defendants require additional time to review the Court's ruling, confer with their clients regarding the remaining claims, and prepare their responsive pleading.

4. The parties therefore stipulate that Defendants Clark County School District and Anthony Boone III shall have through and including October 20, 2026, to answer or otherwise respond to Plaintiff's Complaint.

5. This request is made in good faith and not for purposes of delay, and the requested extension will not prejudice any party.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 13th day of October, 2026.<br><br>ARIAS SANGUINETTI WANG & TEAM LLP<br><br>By: *<u>/s/ Jacob T.S. Valentine</u>*_____<br>Gregg A. Hubley, Esq.<br>Nevada Bar No. 7386<br>Christopher A.J. Swift, Esq.<br>Nevada Bar No. 11291<br>Jacob T.S. Valentine<br>Nevada Bar no. 16324<br>7251 W. Lake Mead Blvd., Suite 114<br>Las Vegas, Nevada 89128<br>Telephone: (702) 789-7529<br>Facsimile: (702) 909-7865<br>VEfile@aswtlawyers.com<br>Gregg@aswtlawyers.com<br>Christopher@aswtlawyers.com<br>jacob@aswtlawyers.com<br><br>*Attorneys for Plaintiff* | DATED this 13th day of October , 2026.<br><br>GARIN LAW GROUP<br><br>By: *<u>/s/ Lisa J. Zastrow</u>*_________<br>Lisa J. Zastrow, Esq.<br>Nevada Bar No. 9727<br>8330 W. Sahara Ave., Suite 190<br>Las Vegas, Nevada 89117<br>lzastrow@garinlawgroup.com<br><br>*Attorneys for Defendants Clark County School District and Anthony Boone III* |

IT IS SO ORDERED.
Dated: October 14, 2026
.
.

__________________________________
Nancy J. Koppe
United States Magistrate Judge