**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

K.T.,

Plaintiff(s),

v.

Clark County School District, et al.,

Defendant(s).

Case No. 2:26-cv-02067-JAD-NJK

**ORDER**

As explained in a minute order issued concurrently herewith, the Court has serious concerns as to legal and factual substance of the parties' recent stipulation to extend case management deadlines. The Court also issues this Rule 11 warning to counsel as to the contents of their discovery plan. A discovery plan must include "a statement of when initial disclosures were made or will be made." Fed. R. Civ. P. 26(f)(3)(A). In this case, the parties filed a belated discovery plan on October 8, 2026,[1] representing that "[t]he initial disclosures to be made pursuant to Fed. R. Civ. P. 26(a)(1) shall be made by September 30, 2026." Docket No. 18 at 1. Hence, the parties represented in the discovery plan that initial disclosures had already been exchanged. In stark contrast, counsel now represent that they in fact have still not exchanged initial disclosures. Docket No. 23 at 1-2 (noting deadline of September 30, 2026, but representing that "Rule 26 Initial Disclosures" have not been exchanged). Counsel are **WARNED** that they must ensure moving forward that they comply with their Rule 11 obligations to file documents with factually accurate representations.

IT IS SO ORDERED.

Dated: November 4, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] The parties failed to file the discovery plan by the deadline established in the local rules. *See* Docket No. 17.